478 A.2d 134

Commonwealth v. Saxton, Appellant.

Submitted July 27, 1983.   Albert J. Cepparulo, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

The case is remanded for further proceedings in accordance with the foregoing opinion.   Upon completion of such proceedings, the complete record shall be recertified and

618

returned to this Court for disposition of appellant's remaining claims. Jurisdiction is retained.